```
 1
 2                    UNITED STATES DISTRICT COURT
 3                   NORTHERN DISTRICT OF CALIFORNIA
 4
     ABAD,                          )      No. C06-02550 SBA
 5                  Plaintiff,      )
                                    )      ORDER DISMISSING ACTION
 6         vs.                      )
                                    )
 7    WILLIAMS COHEN & GRAY INC,    )
                                    )
 8                  Defendant.      )
                                    )
 9    _____)
10
11         The Court having been notified of the settlement of
12   this action by Plaintiffs' filing of Acceptance of Defendants'
13   Offer of Judgement, and it appearing that no issue remains for
14   the Court's determination,
15         IT IS HEREBY ORDERED THAT this action and all claims
16   asserted herein are DISMISSED.
17
18         IT IS SO ORDERED.
19   DATED: 10/4/06
20                              _____
                                     SAUNDRA BROWN ARMSTRONG
21                                United States District Judge
```